IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:10-CR-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> SALEDIN ALI BLOUNT, ) <br> ) <br> Defendant. ) | **ORDER** |

Saledin Ali Blount requested a recommendation for residential reentry center placement [D.E. 71]. Blount's motion for a recommendation for residential reentry center placement [D.E. 71] is DENIED without prejudice. Blount needs to direct his request to the Bureau of Prisons.

SO ORDERED. This __9__ day of April 2018.

JAMES C. DEVER III
Chief United States District Judge